USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
              :
UNITED STATES OF AMERICA
              :   1:20-CR-00078-AT-11
    -against-
              :   ORDER

Ashanae McLaughlin
              :
Defendant
              :
-------------------------------------X

Analisa Torres, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed.

Dated: New York, New York
       September 24, 2021

                              SO ORDERED:

                              _____
                              ANALISA TORRES
                              United States District Judge