USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/6/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                                          :

UNITED STATES OF AMERICA          :

                                                           CONSENT PRELIMINARY ORDER
             - v. -                                          OF FORFEITURE/
                                                 :    MONEY JUDGMENT

ASHANAE MCLAUGHLIN,
                                                   :    20 Cr. 78-11 (AT)

             Defendant.
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about January 28, 2020, ASHANAE MCLAUGHLIN (the "Defendant"), among others, was charged in three counts of an eleven-count Sealed Indictment, 20 Cr. 78 (AT) (the "Indictment"), with racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d) (Count One); bank fraud conspiracy, in violation of Title 18, United States Code, Section 1349 (Count Ten); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b)(2) and 2 (Count Eleven);

        WHEREAS, the Indictment included, *inter alia*, a forfeiture allegation as to Count Ten of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of any and all property constituting, or derived from, proceeds the Defendant obtained directly or indirectly, as a result of the commission of the offense charged in Count Ten of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Ten of the Indictment;

        WHEREAS, on or about January 6, 2021, the Defendant pled guilty to Count Ten of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Ten of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of

money equal to $6,603.04 in United States currency, representing proceeds traceable to the commission of the offense charged in Count Ten of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $6,603.04 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Ten of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Ten of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Emily A. Johnson of counsel, and the Defendant, and her counsel, Robert P. Leighton, Esq. and Spiro L. Ferris, Esq., that:

1. As a result of the offense charged in Count Ten of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $6,603.04 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Ten of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ASHANAE MCLAUGHLIN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/ Emily_____     1/4/22
     EMILY A. JOHNSON                                            DATE
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-2409

ASHANAE MCLAUGHLIN

By: _____     _____
     ASHANAE MCLAUGHLIN                                       DATE


By: _____     _____
     ROBERT P. LEIGHTON, ESQ.                                 DATE
     SPIRO L. FERRIS, ESQ.
     Attorneys for Defendant
     15 Maiden Lane, Suite 1202 / 225 Broadway, Suite 3504
     New York, NY 10038 / 10007

SO ORDERED:


_____     _____
HONORABLE ANALISA TORRES                   DATE
UNITED STATES DISTRICT JUDGE

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____    1/4/22
EMILY A. JOHNSON               DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2409


ASHANAE MCLAUGHLIN

By: _____    6/3/22
ASHANAE MCLAUGHLIN             DATE


By: _____    6/2/22
ROBERT P. LEIGHTON, ESQ.       DATE
SPIRO L. FERRIS, ESQ.
Attorneys for Defendant
15 Maiden Lane, Suite 1202 / 225 Broadway, Suite 3504
New York, NY 10038 / 10007


SO ORDERED.

Dated: June 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge